# Court of Appeals
# of the State of Georgia

ATLANTA,___June 05, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1658.       HOLLIS   v.   FEDERAL   HOME   LOAN   MORTGAGE
CORPORATION**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Wendy Hollis appealed the magistrate court's decision to the superior court.  The superior court granted summary judgment in favor of the plaintiff, and Hollis filed this direct appeal.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Hollis was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives this Court of jurisdiction to consider this appeal, which therefore must be dismissed.

The Appellee has filed a MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION.  Upon consideration of the Appellee's motion, it is hereby ordered that the motion is GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/05/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*